# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3528
LT Case No. 2020-CF-3627

_____

LEONARD WAYNE LARRAMORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Lindsay Tygart, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville, for
Appellant.

Ashley Moody, Attorney General and Amanda A. Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

March 12, 2024

PER CURIAM.

AFFIRMED.

BOATWRIGHT, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____